UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ANTHONY GIRON, and
M. ANTONIO GIRON,

*Plaintiff*,

– against –

GREENPORT CONSTRUCTION, LLC;
RAY STEFFEN; JUAN JOSE MELENDEZ
POLVO; 120 JAVA, LLC; and
SL DEVELOPMENT GROUP, LLC,

*Defendants.*

**ORDER**
23-cv-01764 (NCM) (PK)

---

**NATASHA C. MERLE**, United States District Judge:

This Court has received the Report and Recommendation on the instant case dated October 24, 2024, from the Honorable Peggy Kuo, United States Magistrate Judge.

No party filed objections to the proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). The Court reviews "de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3). However, where, as here, no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011) (internal citations omitted).

Having reviewed the record, the Court finds no clear error and therefore adopts the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Accordingly, the parties' proposed settlement is **APPROVED** as a fair and reasonable compromise of plaintiff's claims under *Cheeks v. Freeport Pancake House,*

*Inc.*, 796 F.3d 199 (2d Cir. 2015). Plaintiffs shall receive a total sum of $10,000 pursuant to the settlement agreement. Of that sum, plaintiff M. Antonio Giron shall receive $5,050.58, plaintiff Anthony Giron shall receive $1,034.46, and plaintiffs' counsel shall receive $3,914.96 for attorneys' fees and costs.

**SO ORDERED.**

                                              */s/ Natasha C. Merle*
                                           NATASHA C. MERLE
                                           United States District Judge

Dated:        December 2, 2024
                  Brooklyn, New York